UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **LAMONT MATHEWS** <br> **LA. DOC #120891** <br> VS. | **CIVIL ACTION NO. 6:10-cv-0857** <br><br> **SECTION P** <br><br> **JUDGE MELANÇON** |
| **BURL CAIN, WARDEN** | **MAGISTRATE JUDGE HILL** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the "Motion for Leave to File A Successive 2254 Petition In the U.S. District Court Western District of Louisiana" be **TRANSFERRED** to the United States Fifth Circuit Court of Appeals in accordance with 28 U.S.C. § 2244(b)(3) for further proceedings by that Court.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 16th day of November, 2010.

Tucker L. Melançon
UNITED STATES DISTRICT JUDGE